

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/13/2021

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

July 12, 2021

BY ECF

Honorable Robert W. Lehrburger
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

        Re:  Nilda Rodriguez v. Comm'r of Soc. Sec.
             21 Civ. 3252 (JPO) (RWL)

Dear Judge Lehrburger:

     Pursuant to the schedule in this Social Security case, the administrative record is due on July 15, 2021. We write respectfully to request, with the consent of plaintiff, who is proceeding *pro se*, that the time to file the record be extended for 60 days, until September 13, 2021. The reason for this request is the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic. No prior adjournment has been requested in this matter. We appreciate the Court's consideration of this request.

                            Respectfully,

                            AUDREY STRAUSS
                            United States Attorney

          By:       s/  *Susan D. Baird*
                SUSAN D. BAIRD
                Assistant United States Attorney
                tel. (212) 637-2713
                Susan.Baird@usdoj.gov

cc: BY MAIL (no email or fax available)

Nilda Rodriguez
54 Catherine Street, # 31
New York, NY 10035

SO ORDERED:

7/13/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

The Clerk of Court is respectfully requested to mail a copy of this order to the pro se Plaintiff.